UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

NAOMI LEATHERMAN D/B/A
NAOMI RICHES,
PLAINTIFF

CASE NO. 1 2 - 1 3 1 7

V.

BARACK HUSSEIN OBAMA, D/B/A
PRESIDENT OF THE UNITED STATES OF AMERICA;
NATIONAL SECURITY AGENCY;
QUEST DIAGNOSTICS;
LAB CORP;
THE FREE MASONS;
FBI;
CIA;
DEFENDANT

PRELIMINARY INJUNCTION
TEMPORARY RESTRAINING ORDER

FILED
OCT 09 2012
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now, the plaintiff Naomi Leatherman, in pro-se, moves this honorable court to issue an order for defendant President Barack Hussein Obama to respond. This preliminary injuction temporary restraining order against Obama compels the defendant to provide plaintiff with proper medical care as plaintiff's civil and constitutional rights are being violated by the defendant. Plaintiff faces imminent danger and bodily harm if she does not recieve medical care. Barack Hussein Obama is going out of his way to ensure that Naomi Leatherman does not recieve medical care so that she will die. In July of 2012 Barack Huessien Obama even went to Mexico after the Plaintiff mentioned she was going to Mexico for health care. He made a deal with the Mexican Government in regards to Immigration laws however, under the radar made a private bargain in regards to Ms. Leatherman and her health care, in order to assure that she dies due to medical neglect. He is doing this to hide his involvement with the CIA's Monarch Program which is a branch off of Mk Ultra. The Monarch Program is also inner connected with human trafficking. The plaintiff has also retrieved a recording from the FBI stating that they are not allowed to disclose any information in regards to the CIA ordering the FBI not to investigate Human Trafficking cases that have ties to Mk Ultra/AKA The Monarch Program. The plantiff also has ultrasounds that show her kidneys are failing and that she needs to be put on dialysis ASAP, however the defendant has abused his authority over the NSA and ordered that the plaintiff not be treated for her kidney failure due to being a national security threat. The plaintiff has also retrieved recordings from Freemasons who fallowed her to Quest Diagnostics telling the blood center that she was a risk factor for speaking out about the Illegal Experimentation that was being done to her October of 2011. This audio recording is available upon request. Attached to this document are ultrasound photos that belong to the plaintiff in comparison with other ultrasounds. One does not have to be a medical professional to see the obvious issues in these ultrasounds, which are deliberately being ignored in order to assure that the truth about Barack Hussein Obama doesn't get out to the public. It is only a matter of time before the Plaintiff dies due to untreated kidney failure. The plan is to make the plaintiff look as though she suffers from a mental disorder. Kidney failure can cause severe hallucinations, along with other side affects that can easily be misconstrued as pscyhosis. This would land the plaintiff in a mental hospital in her last days leaving cause of death as "Unknown". If the plaintiff dies in the near future it is murder. Now that the plaintiff has filed a lawsuit revealing incriminating claims against Barack Huessein Obama and other American Agencies she will die just like Andrew Breitbart, and his coroner Michael Cormier, who both had incriminating evidence against the President of the United States of America. It is clear that Barack Huessein Obama is murdering anyone who threatens his clean reputation which is probably why his name sounds like the name of a Terrorist, because he is a terrorist. Lets remember the initial definition of the word Terrorist: Government using fear to control the masses. People are afraid of being murdered or detained indefinately due to the National Defense Authorization Act, so they are not speaking up about my situation nor is anyone offering any help because they are being intimidated by Homegrown Terrorists, and/or they are being paid off by the defendants to keep their mouth shut. I am already aware that the responding judge may deny, or try to divert the attention to the claims into a mental illness, they may even beat around the bush about these issues at hand by saying "I am no medical professional", however, this is a life or death situation and I do not have time to deal with someone who isn't willing to have an open mind when it comes to serious matters such as these. Attached is a scan of my skull that was done September of 2012 in Mexico. In this scan you can see devices that were implanted into my brain as a toddler. I will circle the implants so they are more visible in the xray provided. This is more

than enough proof to my claims. I was instituionalized for over 2 weeks October of 2011, for being aware of these devices in my head and was forced to take involuntary anti psychotic injections. This is unconstitutional. The psychologists never ran any tests or scans in order to PROVE that my claims were just a fabrication my overactive imagination. The psychologists were aware of the devices that were surgically implanted into my brain, and drugged me up in order to hide their involvement in unethical human experimentation. They also threatened to put me in a state hospital where I would be left to rot away, pacing back and forth, on a day to day basis in a padded cell. Now that I have provided the courts with enough proof to show that my claims are true beyond a shadow of a doubt, this is something that needs to be deeply investigated. If this is swept under the rug, I will be forced to sue not only the responding judge repeatedly, I will also be forced to sue every person involved in this Nation Wide Medical Conspiracy against me, over and over again, until no one trusts the opinion of these corporations and doctors. This will cause a plumet in the medical industry, and pharmaceuticals which is well deserved after the emotional, and psychological distress I have gone through.

## RELIEF REQUESTED

Plaintiff respectfully requests the fallowing relief; Hemodialysis, and restraining orders against every and any Central Intellegency Agent, and or those involved in this Nationwide Medical Conspiracy Against me.

Respectfully, *Leatherman 10/4/2012*

Naomi Leatherman a/k/a
Naomi Riches
1306 Ashbridge Rd
West Chester, PA 19380

Naomi Leatherman
1306 Ashbridge Rd
West Chester, PA
19380

US District Court
844 North King Street # 18
Wilmington, DE
19801