IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NAOMI LEATHER a/k/a Naomi Riches, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 12-1317-LPS |
| | : |
| BARACK HUSSEIN OBAMA, et al., | : |
| | : |
| Defendants. | : |

## ORDER

Plaintiff, who appears *pro se*, filed this action without prepayment of the filing fee. She submitted a standard form application to proceed *in forma pauperis*. This District requires the filing of a long form application to proceed in district court without prepaying fees or costs, AO 239. On October 25, 2012, the court ordered Plaintiff to submit a long form application to proceed in district court without prepaying fees or costs, AO 239, or to pay the filing fee, within twenty-one days from the date of the order. (*See* D.I. 5) Plaintiff was warned that her failure to timely comply with the order would result in dismissal of the complaint without prejudice.

The time has passed and Plaintiff failed to submit the required form.

THEREFORE, at Wilmington this 30th day of November, 2012, IT IS HEREBY ORDERED that the complaint is **dismissed** without prejudice.

UNITED STATES DISTRICT JUDGE